THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
NICHOLAS D. KARKAZIS (SB #299075)
nicholas.karkazis@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Defendants
Select Portfolio Servicing, Inc. and
National Default Servicing Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA ROBINSON, an individual; CARY ROBINSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC., a business entity; NATIONAL DEFAULT SERVICING CORPORATION, a corporation and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02305-MCE-DMC<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# **ORDER**

Pursuant to the Joint Stipulation for Dismissal With Prejudice, ECF No. 9, **IT IS HEREBY ORDERED** that:

1. This Action is DISMISSED, with prejudice, in its entirety;
2. Each party shall bear their own fees and costs; and
3. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: January 23, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stoel Rives LLP
Attorneys At Law
Sacramento

ORDER GRANTING JT STIP FOR DISMISSAL WITH PREJUDICE

-2-

2:19-CV-02305-MCE-DMC

104825888.1 0052161-07846